IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MELISSA GOWANS, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.                          CASE NO. 4:19cv144-RH-CAS

MERCHANTS ADJUSTMENT SERVICE,
INC. et al.,

      Defendants.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No. 17. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

SO ORDERED on September 18, 2019.

                                      s/Robert L. Hinkle
                                      United States District Judge